# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-501-RJC-DCK

| | |
|---|---|
| PAUL G PODGORSKI, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL P. EGAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Paul Podgorski's (Plaintiff) Motion To Compel Defendant To Produce Materials Related To Plaintiffs Document Request" (Document No. 7) filed September 13, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will deny the motion.

The undersigned observes that there has been no Initial Attorney's Conference and thus there is no Case Management Plan; Court-sanctioned discovery has not begun. See Local Rule 26.1.

**IT IS, THEREFORE, ORDERED** that "Paul Podgorski's (Plaintiff) Motion To Compel Defendant To Produce Materials Related To Plaintiffs Document Request" (Document No. 7) is **DENIED**.

Signed: September 14, 2017

David C. Keesler
United States Magistrate Judge