IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-501-RJC-DCK

| | |
|---|---|
| PAUL G PODGORSKI, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL P. EGAN, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Federal Deposit Insurance Corporation's Motion To Seal" (Document No. 4) filed August 31, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

The undersigned notes that a response to the motion was due on or before September 14, 2017. To date, no response or other objection has been filed, and the time to do so has lapsed. See Local Rule 6.1.

**IT IS, THEREFORE, ORDERED** that the "Federal Deposit Insurance Corporation's Motion To Seal" (Document No. 4) is **GRANTED**. The FDIC shall file a redacted public version of its motion to dismiss by **September 25, 2017**.

**IT IS FURTHER ORDERED** that the "Federal Deposit Insurance Corporation's Motion To Dismiss …" (Document 3) shall be **SEALED** and remain under seal until otherwise ordered by this Court.

Signed: September 18, 2017

David C. Keesler
United States Magistrate Judge