# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Paul G Podgorski**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00501-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Federal Deposit Insurance | ) | |
| Corporation **,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 11, 2018 Order.

July 11, 2018

Frank G. Johns, Clerk
United States District Court